UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Dismissal acknowledged. (Dkt. 12).  The Clerk is directed to close this case.

Justin R. Olson
United States District Judge
Southern District of Indiana

Date: 6/11/2026

ADRIAN LOPEZ BLANCO,                        )
                                            )Cause No2:26-cv-00315-JRO-MJD
                                            )
*Petitioner*,                               )
                                            )
v.                                          )
                                            )
BRISON SWEARINGEN, *et al.*,                )
                                            )
                                            )
                                            )
            Respondents.                    )

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner, through counsel, hereby files this notice of voluntary dismissal for the writ of habeas. The honorable Immigration Judge ordered the Petitioner removed and the Petitioner waived appeal.


        Dated this 10th of June 2026.


        Respectfully Submitted,


          */s/ Samir Nasir*
        Samir Nasir
        Indiana Bar # 38102-49
        2121 Capstone Drive
        Lexington, Kentucky 40511


        Attorney for the Petitioner-Plaintiff

1